# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  AU:25-CR-00347(1)-ADA |
| § | |
| (1) IGNACIO OCTAVIO MILA-BAUTISTA § | |

### **ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 14, 2025, wherein the defendant (1) IGNACIO OCTAVIO MILA-BAUTISTA waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) IGNACIO OCTAVIO MILA-BAUTISTA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) IGNACIO OCTAVIO MILA-BAUTISTA's plea of guilty to Count One (1) is accepted.

Signed this 1st day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE